**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Hector Bonifacio,

                    Plaintiff,
      -against-                                          16 **CIVIL** 8379 (AJN)

                                                               **JUDGMENT**

United States of America, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2020, the Government's motion to dismiss is GRANTED. A court should generally grant a pro se plaintiff "leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000) (cleaned up). Here, however, Mr. Bonifacio has submitted two amended complaints, for a total of three complaints. He has thus far failed to state a claim and there is no indication that, if provided with a fourth opportunity for amendment, he would be able to do so. The Court has declined to grant Mr. Bonifacio leave to file a fourth amended complaint, and the Court's dismissal is thus with prejudice. See Esposito v. N.Y., 355 Fed. Appx. 511, 513 (2d Cir. 2009) ("[I]t would have been futile to give Appellant leave to amend her complaint because she had already amended it twice."). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York
        September 29, 2020

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                  **Clerk of Court**
                               **BY:**

                                                                _____
                                                                  **Deputy Clerk**